COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In the Interest of M.K.F. and S.M.F., children

Appellate case number:    01-17-00328-CV

Trial court case number:  2010-26768

Trial court:              310th District Court of Harris County

This is an accelerated appeal from a decree of termination. The record was due on May 8, 2017. The clerk's record was filed on May 4, 2017, but no reporter's record was filed. The court reporter filed a notice that she had not received payment. On May 5, 2017, this Court issued a letter advising appellant that our records indicated appellant was not entitled to proceed without payment of costs and that the deadline to submit written proof from the court reporter of payment for the reporter's record was 5:00 p.m., May 15, 2017. No response was filed.

Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c) (stating that, if clerk's record has been filed, appellate court may consider and decide those issues or points that do not require a reporter's record).

Appellant's brief must be filed **no later than 20 days after the date of this order**.

Appellees' brief will be due within 20 days after appellants' brief has been filed.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                ☑ Acting individually    ☐ Acting for the Court


Date:  May 23, 2017